# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR3031-AJB-BLM |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITH PREJUDICE** |
| v. | |
| STEVEN BELTRAN DIAZ, | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed with prejudice.

SO ORDERED.

DATED: April 29, 2025

_____
HONORABLE BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE